CLIFFORD J. DIELHENN, JR. v. TOWNSHIP OF NEPTUNE.

October 24, 1978. Petition for certification denied.

NORTH CENTRAL JERSEY PRODUCTION CREDIT ASSOCIATION v. DONALD C. JAGER.

October 24, 1978. Petition for certification denied.

CITY OF HACKENSACK v. RICHARD WINNER.

October 24, 1978. Petitions for certification granted. (See 162 *N. J. Super.* 1)

STATE OF NEW JERSEY v. LEROY STILL.

October 24, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. CHESTER LEE THOMAS.

October 24, 1978. Petition for certification denied.

DENNIS CHEROT v. THEODORE R. MURNICK.

October 24, 1978. Petition for certification denied.